■ CLEVA HORNER et al., Respondents, v. CITY OF NEW YORK et al., Appellants.— Order entered on July 27, 1961, denying motion to dismiss for lack of prosecution, unanimously reversed on the law and in the exercise of discretion, with $20 costs and disbursements to appellants, and matter remanded to Special Term for further consideration. While we agree with Special Term that special circumstances were shown sufficient to excuse the delay in prosecution, we find that no sufficient affidavit of merits was submitted. Upon remand plaintiffs will have an opportunity to supply such an affidavit, and the court will then make such disposition as is called for. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ In the Matter of the Intermediate Accounting of MARTHA BRAND et al., as Trustees, Respondents-Appellants. REGINA B. FAYNE, Appellant-Respondent.— Order, entered on April 3, 1961, striking certain objections to the account of the trustees, unanimously affirmed, with $20 costs and disbursements to the trustees only, payable out of trust funds. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ CLYDE KEUTZER, Appellant, v. YESHIVA UNIVERSITY, Respondent.— Judgment dismissing the complaint unanimously affirmed, with costs to the respondent, but without prejudice to plaintiff's right to institute an action for wrongful discharge. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ In the Matter of PINELAWN CEMETERY, Respondent, v. CAROLINE K. SIMON et al., Constituting the Cemetery Board in the Division of Cemeteries in the Department of State of the State of New York, et al., Appellants.— Appeal from order entered on October 23, 1961 remitting the matter to the Cemetery Board for further action is dismissed, without costs (*Matter of North Amer. Holding* v. *Murdock*, 6 A D 2d 596, affd. 6 N Y 2d 902). Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, Valente and Bergan, JJ. [30 Misc 2d 654.]

■ THE PEOPLE OF THE STATE OF NEW YORK v. FRANK CIAVARELLI.— Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 11, 1962, with notice of argument for the October 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.